SIGNED.

Dated: September 2, 2022

Paul Sala, Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| In re: GEORGE GORDON HRUNENI, Debtor. | Chapter: 13<br>Case No. 2:22-bk-02315-PS<br><br>ORDER VACATING DISMISSAL AND REINSTATING CASE |
|---|---|

Debtor, GEORGE GORDON HRUNENI, and Chapter 13 Trustee, Russell Brown, hereby stipulate to the following:

1. This case was dismissed on July 12, 2022 due to Debtor's failure to file his 2016, 2017, 2018, 2019 and 2020 Federal tax returns.

2. Debtor has provided copies of the 2016, 2017, 2018, 2019 and 2020 Federal Tax Returns to the IRS.

3. If the deadline(s) for filing complaints under FED.R BANKR.P. 4004(a) or 4007(c), motions under FED.R.BANKR.P. 1017(e), or proofs of claim under FED.R.BANKR.P. 3002(c) expired on or after the date the case was dismissed, or if less than thirty (30) 18 days remains until such deadline, Debtor(s) waive the right to object to complaints, motions, or proofs of claim filed under FED.R.BANI.P. 4004(a), 4007(c), 1017(e), 20 and 3002(c) on grounds of timeliness, so long as they are filed in the thirty (30) days following notice of reinstatement of the case: and

The Court, after having considered the Motion to Reinstate and Stipulation of Chapter 13 Trustee, pursuant to Local Rule 2084-17, in the above captioned and numbered case, finds that there is good cause appearing and that it is in the best interest of the parties to order as follows:

IT IS HEREBY ORDERED,

1. The above captioned and numbered case is reinstated;

2. If the deadline(s) for filing complaints under Fed.R Bankr.P. 4004(a) or 4007(c), motions under Fed.R.Bankr.P. 1017(e), or proofs of claim under Fed.R.Bankr.P. 3002(c) expired on or after the date the case was dismissed, or if Less than thirty (30) days remains until such deadline, Debtor(s) waive the right to object to complaints, motions, or proofs of claim filed under Fed.R.Bankr.P. 4004(a), 4007(c), 1017(e), and 3002(c) on grounds of timeliness, so long as they are filed in the thirty (30) days following notice of reinstatement of the case; and

3. All Automatic Stays that have not been lifted by a prior motion and order of this Court are immediately reinstated.

---

DATED AND SIGNED ABOVE

---

APPROVED AS TO FORM AND CONTENT:

Rachel Flinn
2022.09.02
11:11:02 -07'00'

RUSSELL BROWN, Chapter 13 Trustee — Date

9/2/2022

Thomas McAvity, Attorney for Debtor — Date

**Tom McAvity, 034403**
**Phoenix Fresh Start Bankruptcy**
**4602 E Thomas Rd, Ste S-9**
**Phoenix, AZ 85018**
**Phone: 602-598-5075**
**Fax: 866-241-4176**
**Email: tom@phxfreshstart.com**

**Dated & Signed Above**



Case 2:22-bk-02315-PS Doc 22 Filed 09/02/22 Entered 09/02/22 14:34:20 Desc Main Document Page 2 of 2